

**FILED**

SEP 16 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL PATTERSON and CHERYL PATTERSON,<br><br>Plaintiffs,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES LLC; BAYVIEW LOAN SERVICING LLC; FAY SERVICING LLC; ONEMAIN ASSURANCE SERVICES, LLC; AMERICAN HEALTH AND LIFE INSURANCE COMPANY; and DOES 1-10,<br><br>Defendants. | CV 19-145-DLC<br><br>ORDER |

Before the Court is Defendant Trans Union's Unopposed Motion for Admission of Ms. Kari A. Morrigan *Pro Hac Vice*. (Doc. 14.) Ms. Morrigan's application appears to be in order.

Accordingly, IT IS ORDERED that the motion (Doc. 14) is GRANTED on the condition that Ms. Morrigan shall do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the

1

Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Morrigan, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 16th day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court