
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL PATTERSON and CHERYL PATTERSON, | CV 19-145-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| EXPERIAN INFORMATION SOLUTIONS; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES LLC; BAYVIEW LOAN SERVICING LLC; FAY SERVICING LLC; ONEMAIN ASSURANCE SERVICES, LLC; AMERICAN HEALTH AND LIFE INSURANCE COMPANY; and JOHN DOES 1-10, | |
| Defendants. | |

Defendant Experian Information Solutions, Inc. ("Experian") moves for the admission of Angela M. Taylor of Jones Day to practice before this Court in this case, with Thomas J. Leonard of Boone Karlberg P.C. to act as local counsel to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Experian's motion to admit Angela M.

1

Taylor pro hac vice (Doc. 3) is GRANTED on the condition that Ms. Taylor does her own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Taylor within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 23rd day of October, 2019.

*[signature]*
Dana L. Christensen, Chief Judge
United States District Court