IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL PATTERSON and CHERYL PATTERSON, <br><br> Plaintiff, <br><br> vs. <br><br> BAYVIEW LOAN SERVICING LLC; FAY SERVICING LLC; ONEMAIN ASSURANCE SERVICES, LLC.; AMERICAN HEALTH AND LIFE INSURANCE COMPANY; and JOHN DOES 1-10, <br><br> Defendants. | CV 19-145-M-DLC <br><br> ORDER |

Defendants American Health and Life Insurance Company ("AHL") and OneMain Assurance Services, LLC ("OMAS") have filed an unopposed motion to allow their client representative to appear remotely at the settlement conference scheduled for June 11, 2020. (Doc. 68.) The motion being unopposed and good cause appearing,

IT IS ORDERED that the motion is GRANTED. The client representative of AHL and OMAS may participate remotely in the settlement conference. The client

1

representative must be readily available by telephone throughout the duration of the settlement conference.

DATED this 28th day of May, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge