IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL PATTERSON and CHERYL PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>FAY SERVICING LLC and JOHN DOES 1-10,<br><br>Defendants. | CV 19–145–M–DLC<br><br><br>ORDER |

Pursuant to the Plaintiffs' Notice of Dismissal with Prejudice (Doc. 84),

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees. IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT and all deadlines are VACATED.

DATED this 15th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court